■■■■

Same case below, 381 Fed. Appx. 459.

**No. 10-6431. Andre Waters, Petitioner v. United States, et al.**

562 U.S. 1223, 131 S. Ct. 1468, 179 L. Ed. 2d 312, 2011 U.S. LEXIS 1367.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 379.

**No. 10-6620. Rudivaldo Mojena, Petitioner v. United States.**

**No. 10-6707. Nelson Martinez Almeida, Petitioner v. United States.**

562 U.S. 1223, 131 S. Ct. 1470, 179 L. Ed. 2d 312, 2011 U.S. LEXIS 1374.

February 22, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same cases below, 379 Fed. Appx. 919.

**No. 10-6476. Donald Gene Colbert, Petitioner v. United States.**

562 U.S. 1223, 131 S. Ct. 1469, 179 L. Ed. 2d 312, 2011 U.S. LEXIS 1468.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 605 F.3d 573.

**No. 10-6652. Christopher Hayden, et ux., Petitioners v. Anthony E. D'Amico, et al.**

562 U.S. 1223, 131 S. Ct. 1470, 179 L. Ed. 2d 312, 2011 U.S. LEXIS 1443, ■■

February 22, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-6506. David Michael Sheid, Petitioner v. United States Marshals Service, Houston Division, et al.**

562 U.S. 1223, 131 S. Ct. 1469, 179 L. Ed. 2d 312, 2011 U.S. LEXIS 1329.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 345.

**No. 10-6825. Shahkwon Davis, Petitioner v. United States.**

562 U.S. 1223, 131 S. Ct. 1471, 179 L. Ed. 2d 312, 2011 U.S. LEXIS 1488.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 383 Fed. Appx. 172.

**No. 10-6537. Timothy Wayne Craig, Petitioner v. United States.**

562 U.S. 1223, 131 S. Ct. 1469, 179 L. Ed. 2d 312, 2011 U.S. LEXIS 1407.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.